IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | File no.: 5:08CR00027 |
| v. | ) | MOTION TO WITHDRAW ATTORNEY |
| | ) | OF RECORD |
| JAIME PUENTE VAZQUEZ | ) | |

    NOW COMES Counsel of record for Jaime Puente Vazquez in the above referenced matter, and hereby moves this Court for an Order to withdraw as Counsel of Record for Jaime Puente Vazquez having been appointed on June 9, 2008. In support of said Motion, Counsel respectfully represents to the court that:

1. Counsel believes that a new attorney will afford Mr. Vazquez greater confidence that his appeal is being pursued zealously.

    WHEREFORE, the Defendant prays this Honorable Court to grant the motion to withdraw as Counsel of Record for Jaime Puente Vazquez.

    Respectfully submitted this the 12th day of March 2010.

                                  COBLE & SNOW, LLP

                                  s/Kenneth D. Snow\_\_\_\_\_
                                  Kenneth D. Snow, Esq
                                  Attorney For Defendant
                                  1704 East Blvd, Suite 200
                                  Charlotte, NC 28203
                                  (704) 358-0026 Tel
                                  (704) 358-0029 Fax
                                  kennsnow@cobleandsnowlaw.com
                                  NCSB# 27619

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | File no.: 5:08CR00027 |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JAIME PUENTE VAZQUEZ | ) | |

    This is to certify that the undersigned has this date served a Motion to Withdraw Attorney of Records upon United States Attorney, Steven Kaufman, opposing counsel in the above referenced matter, by electronic mail addressed as follows:

Steven Kaufman, Esq.
US Attorney's Office

    This the 12th day March 2010.

                                                s/Kenneth D. Snow_____
                                                Kenneth D. Snow
                                                Bar No: 27619
                                                Attorney for Defendant
                                                Coble & Snow, LLP
                                                1704 East Blvd, Suite 200
                                                Charlotte, NC 28203
                                                (704) 358-0026
                                                (704) 358-0029 Fax
                                                kennsnow@cobleandsnowlaw.com